**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or ALCOHOL

LEVITT / ADAM
PNR: QR8LHQ
DATE: JUL 08



This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Not exchangeable for other goods and services. Southwest Airlines reserves the right to refuse service and/or discontinue the drink coupon program at any time. You must be 21 years of age or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK

LEVITT/ADAM J
PNR: QW4FF3
DATE: Apr 22



This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Not exchangeable for other goods, and services. Southwest Airlines reserves the right to refuse service and/or discontinue its drink coupon program at any time. You must be 21 years of age or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK

LEVITT / ADAM
PNR: QW4FF3
DATE: APR 20

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Not exchangeable for other goods and services. Southwest Airlines reserves the right to refuse service and/or discontinue the drink coupon program at any time. You must be 21 years of age or older

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK

LEVITT/ADAM J
PNR: Q76GWH
DATE: Apr 08



This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Not exchangeable for other goods, and services. Southwest Airlines reserves the right to refuse service and/or discontinue its drink coupon program at any time. You must be 21 years of age or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK

LEVITT/ADAM J
PNR: Q76GWH
DATE: Apr 08



coupon has no cash value. Drink coupon is if altered, sold, purchased, brokered, or ed. Not exchangeable for other goods, and ces. Southwest Airlines reserves the right to service and/or discontinue its drink coupon am at any time. You must be 21 years of older to consume alcoholic beverages.





**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK

LEVITT/ADAM
PNR: N8AE73
DATE: Jan 12





his coupon has no cash value. Drink coupon is oid if altered, sold, purchased, brokered, or artered. Not exchangeable for other goods, and ervices. Southwest Airlines reserves the right to efuse service and/or discontinue its drink coupon rogram at any time. You must be 21 years of age or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK

LEVITT/ADAM
PNR: NJNOOQ
DATE: Jan 11



his coupon has no cash value. Drink coupon is oid if altered, sold, purchased, brokered, or artered. Not exchangeable for other goods, and ervices. Southwest Airlines reserves the right to efuse service and/or discontinue its drink coupon rogram at any time. You must be 21 years of age or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK

LEVITT/ADAM
PNR: NOQC46
DATE: SEP 10

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Not exchangeable for other goods and services. Southwest Airlines reserves the right to refuse service and/or discontinue the drink coupon program at any time. You must be 21 years of age or older to consume alcoholic beverages.



**NE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: NOQC46
DATE: SEP 10

coupon has no cash value. Drink coupon is f altered, sold, purchased, brokered, or ed. Not exchangeable for other goods, and ces. Southwest Airlines reserves the right to service and/or discontinue its drink coupon am at any time. You must be 21 years of or older to consume alcoholic beverages.

**NE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: NOQC46
DATE: SEP 11

coupon has no cash value. Drink coupon is i if altered, sold, purchased, brokered, or ered. Not exchangeable for other goods, and vices. Southwest Airlines reserves the right to se service and/or discontinue its drink coupon gram at any time. You must be 21 years of or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: NVG6LS
DATE: JUL 13

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Not exchangeable for other goods and services. Southwest Airlines reserves the right to refuse service and/or discontinue the drink coupon program at any time. You must be 21 years of age or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: N9MZTB
DATE: JUL 26

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Not exchangeable for other goods and services. Southwest Airlines reserves the right to refuse service and/or discontinue the drink coupon program at any time. You must be 21 years of age or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: JY6L4T
DATE: APR 16
This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Not exchangeable for other goods and services. Southwest Airlines reserves the right to refuse service and/or discontinue the drink coupon program at any time. You must be 21 years of age or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: JY6L4T
DATE: APR 16
This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Not exchangeable for other goods and services. Southwest Airlines reserves the right to refuse service and/or discontinue the drink coupon program at any time. You must be 21 years of age or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: NVG6LS
DATE: JUL 13

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Not exchangeable for other goods, and services. Southwest Airlines reserves the right to refuse service and/or discontinue its drink coupon program at any time. You must be 21 years of age or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: JJQJI2
DATE: JUN 01

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Not exchangeable for other goods, and services. Southwest Airlines reserves the right to refuse service and/or discontinue its drink coupon program at any time. You must be 21 years of age or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: JJQJI2
DATE: JUN 02

s coupon has no cash value. Drink coupon is d if altered, sold, purchased, brokered, or tered. Not exchangeable for other goods, and vices. Southwest Airlines reserves the right to se service and/or discontinue its drink coupon gram at any time. You must be 21 years of or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: N9MZTB
DATE: JUL 26

coupon has no cash value. Drink coupon is i if altered, sold, purchased, brokered, or ered. Not exchangeable for other goods, and ices. Southwest Airlines reserves the right to se service and/or discontinue its drink coupon gram at any time. You must be 21 years of or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: NRR73N
DATE: JUL 29

his coupon has no cash value. Drink coupon is oid if altered, sold, purchased, brokered, or artered. Not exchangeable for other goods, and ervices. Southwest Airlines reserves the right to efuse service and/or discontinue its drink coupon rogram at any time. You must be 21 years of ge or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: JKBTJD
DATE: AUG 07

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Not exchangeable for other goods, and services. Southwest Airlines reserves the right to refuse service and/or discontinue its drink coupon program at any time. You must be 21 years of age or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: JKBTJD
DATE: AUG 06

is coupon has no cash value. Drink coupon is id if altered, sold, purchased, brokered, or tered. Not exchangeable for other goods, and rvices. Southwest Airlines reserves the right to use service and/or discontinue its drink coupon gram at any time. You must be 21 years of e or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: JV7D3H
DATE: APR 06

his coupon has no cash value. Drink coupon is oid if altered, sold, purchased, brokered, or artered. Not exchangeable for other goods, and ervices. Southwest Airlines reserves the right to refuse service and/or discontinue its drink coupon rogram at any time. You must be 21 years of ge or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: J7MN4R
DATE: APR 07

his coupon has no cash value. Drink coupon is oid if altered, sold, purchased, brokered, or artered. Not exchangeable for other goods, and ervices. Southwest Airlines reserves the right to refuse service and/or discontinue its drink coupon rogram at any time. You must be 21 years of ge or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: JV7D3H
DATE: APR 05

is coupon has no cash value. Drink coupon is id if altered, sold, purchased, brokered, or tered. Not exchangeable for other goods, and rvices. Southwest Airlines reserves the right to use service and/or discontinue its drink coupon gram at any time. You must be 21 years of e or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: J7MN4R
DATE: APR 07

is coupon has no cash value. Drink coupon is id if altered, sold, purchased, brokered, or tered. Not exchangeable for other goods, and rvices. Southwest Airlines reserves the right to use service and/or discontinue its drink coupon gram at any time. You must be 21 years of e or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: JU7NRB
DATE: APR 13

is coupon has no cash value. Drink coupon is id if altered, sold, purchased, brokered, or tered. Not exchangeable for other goods, and rvices. Southwest Airlines reserves the right to use service and/or discontinue its drink coupon gram at any time. You must be 21 years of e or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: JU7NRB
DATE: APR 12

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Not exchangeable for other goods, and services. Southwest Airlines reserves the right to refuse service and/or discontinue its drink coupon program at any time. You must be 21 years of age or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: JL7HJO
DATE: JAN 27

his coupon has no cash value. Drink coupon is oid if altered, sold, purchased, brokered, or artered. Not exchangeable for other goods, and services. Southwest Airlines reserves the right refuse service and/or discontinue its drink coup rogram at any time. You must be 21 years of ge or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: JOQMQ3
DATE: JAN 07

is coupon has no cash value. Drink coupon is id if altered, sold, purchased, brokered, or tered. Not exchangeable for other goods, and vices. Southwest Airlines reserves the right to use service and/or discontinue its drink coupon gram at any time. You must be 21 years of e or older to consume alcoholic beverages.

**ONE DRINK COUPON**
1 COUPON = BEER, WINE, or MIXED DRINK
LEVITT/ADAM
PNR: 2MB3MY
DATE: OCT 16

his coupon has no cash value. Drink coupon is oid if altered, sold, purchased, brokered, or artered. Not exchangeable for other goods, and rvices. Southwest Airlines reserves the right to


DRINK COUPON HAPPY ANNIVERSARY!
1 coupon = beer, wine, mixed or specialty non alcoholic drink



**CONVERSATION STOPPER**

"The most unusual thing I know how to do is eakspay igpay atinlay."
(speak pig Latin)

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Nonexchangeable for other goods or services. Southwest Airlines reserves the right to discontinue its drink coupon program at any time.





**CONVERSATION STOPPER**

"If I were stranded on a deserted island, I think you're the person I'd least like to be stuck there with."

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Nonexchangeable for other goods or services. Southwest Airlines reserves the right to discontinue its drink coupon program at any time.





**CONVERSATION STOPPER**

Start every sentence with the phrase, "Like my cat Mr. Peepers always says..."

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Nonexchangeable for other goods or services. Southwest Airlines reserves the right to discontinue its drink coupon program at any time.

SOUTHWEST



**CONVERSATION STOPPER**

"This represents my primary voyage on an Earth-bound jet propulsion vehicle. You humanoids and your inventions are so cute!"

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Nonexchangeable for other goods or services. Southwest Airlines reserves the right to discontinue its drink coupon program at any time.

SOUTHWEST



**CONVERSATION STOPPER**

"The most unusual thing I know how to do is eakspay igpay atinlay."
(speak pig Latin)

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Nonexchangeable for other goods or services. Southwest Airlines reserves the right to discontinue its drink coupon program at any time.





**CONVERSATION STOPPER**

"If I were stranded on a deserted island, I think you're the person I'd least like to be stuck there with."

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Nonexchangeable for other goods or services. Southwest Airlines reserves the right to discontinue its drink coupon program at any time.

SOUTHWEST



**CONVERSATION STOPPER**

Start every sentence with the phrase, "Like my cat Mr. Peepers always says..."

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Nonexchangeable for other goods or services. Southwest Airlines reserves the right to discontinue its drink coupon program at any time.

SOUTHWEST



**CONVERSATION STOPPER**

"This represents my primary voyage on an Earth-bound jet propulsion vehicle. You humanoids and your inventions are so cute!"

This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Nonexchangeable for other goods or services. Southwest Airlines reserves the right to discontinue its drink coupon program at any time.

SOUTHWEST

Dear LEVITT / ADAM

Thank you for purchasing a Business Select Fare for your travel under confirmation number W6FT2I. You'll earn extra Rapid Rewards® credit. You can breeze through security with Fly By at select airports. You'll also enjoy being one of the first to board. And don't forget to use this detachable coupon for a drink onboard today.

-Your friends at Southwest Airlines

**ONE DRINK COUPON**
**VALID DAY OF TRAVEL ONLY**

1 COUPON = BEER, WINE, or LIQUOR

LEVITT / ADAM
FLIGHT: 353
VALID ON: **OCT 03, 2011**



This coupon has no cash value. Drink coupon is void if altered, sold, purchased, brokered, or bartered. Not exchangeable for other goods and services. Southwest Airlines reserves the right to refuse service and/or discontinue the drink coupon program at any time. You must be 21 years of age or older to consume alcoholic beverages.



**E DRINK COUPON**

1 COUPON = BEER,
VINE, or MIXED DRINK

.EVITT/ADAM
'NR: NOQC46
)ATE: SEP 10

oupon has no cash value. Drink coupon is
altered, sold, purchased, brokered, or
ed. Not exchangeable for other goods, and
es. Southwest Airlines reserves the right to
service and/or discontinue its drink coupon
m at any time. You must be 21 years of
older to consume alcoholic beverages.