IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADAM J. LEVITT, and HERBERT C. MALONE, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) SOUTHWEST AIRLINES CO., ) ) Defendant. ) | No. 11-CV-8176 |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Southwest Airlines Co., defendant in the above action, moves to modify the current scheduling order (Doc. No. 47), and as grounds therefore shows as follows:

1. Southwest Airlines deposed plaintiff Herbert C. Malone in Philadelphia, Pennsylvania on April 27, 2012. Varallo Court Reporting, reported to be the oldest court reporting firm in Philadelphia, provided the court reporter.

2. After not receiving a transcript of the deposition, counsel for Southwest attempted to contact Varallo Court Reporting, but discovered they had gone out of business and vacated their offices. Despite diligent efforts, counsel has been unable to locate the individual reporter that took Mr. Malone's testimony. The Court was notified of this unusual circumstance during the telephone status conference held on June 27, 2012.

3. Southwest needs additional time to either locate the individual who took Mr. Malone's testimony, or, failing that, to re-depose Mr. Malone.

4. The current scheduling order (Doc. No. 47) contains the following deadlines:

Non expert discovery is due 8/8/12

Fact discovery cut off is 8/6/12

Memorandum in support of class certification is 8/8/12

Defendants response is to be filed by 9/5/12

Reply brief is due 10/5/12

5. Southwest has conferred with counsel for plaintiffs, who does not oppose changing the current deadlines as follows:

Fact discovery cut off – 9/17/12

Memorandum in support of class certification – 10/1/12

Defendant's response – 10/29/12

Reply brief – 11/19/12

Southwest respectfully moves the Court to modify the current schedule as set forth above.

/s/ H. Thomas Wells, Jr.
H. Thomas Wells, Jr.
One of the Attorneys for
SOUTHWEST AIRLINES CO.
Admitted *Pro Hac Vice*

OF COUNSEL:
**MAYNARD, COOPER & GALE**
Regions/Harbert Plaza
1901 6th Avenue North
Suite 2400
Birmingham, AL 35203
(205) 254-1000
twells@maynardcooper.com

2

02393464.1

/s/ Michael W. Drumke
Michael W. Drumke*
One of the Attorneys for SOUTHWEST
AIRLINES CO.

*New contact information
OF COUNSEL
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611-3604
312-222-8523 (direct)
312-560-3012 (cell)
312-321-0990 (fax)
mdrumke@smbtrials.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of July 2012, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Joseph J. Siprut
James M. McClintick
Aleksandra M. S. Vold
Gregg M. Barbakoff
Siprut PC
122 S. Michigan Avenue
Suite 1850
Chicago, IL 60603

/s/ H. Thomas Wells, Jr.
OF COUNSEL