IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *In re Southwest Airlines Voucher Litigation* | ) ) ) ) ) | No. 11-CV-8176 <br><br> Hon. Matthew Kennelly |

JOINT MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Adam J. Levitt and Herbert C. Malone (collectively, "Plaintiffs") and Defendant Southwest Airlines Co. ("Southwest") (collectively, the "Parties") hereby jointly request that the Court enter an Order granting preliminary approval of the Settlement Agreement entered into by the Parties. The Settlement Agreement is attached hereto as Exhibit 1.[1]

Plaintiffs will file a Memorandum in Support of Joint Motion for Preliminary Approval of Class Action Settlement, and the Parties may submit other evidence and argument at a hearing in support of this Motion.

WHEREFORE, the Parties respectfully request that the Court enter an Order as follows:

A. Granting preliminary approval of the Settlement Agreement reached by the parties;

B. Preliminary certifying the proposed Class for settlement purposes;

C. Appointing Joseph J. Siprut and Siprut PC as Class Counsel;

D. Appointing Epiq Systems, Inc. as Class Action Administrator;

E. Approving the proposed form and method of notice to Settlement Class Members;

---

[1] The Parties are near agreement as to the Exhibits to the Settlement Agreement and will separately submit the Exhibits for the Court's review and approval.

F.  Establishing a schedule for dissemination of the notice of settlement to Settlement Class Members, as well as the deadlines for Settlement Class Members to submit claims, object to, or request exclusion from the settlement;

G.  Setting a hearing for final approval of the settlement and a schedule for consideration of Plaintiffs' Class Counsel's application for an award of fees and costs; and

H.  For all other relief that the Court deems just and proper.

| | |
|---|---|
| Dated: December 3, 2012 | Respectfully submitted, |
| ADAM LEVITT and HERBERT C. MALONE, individually and on behalf of all others similarly situated | SOUTHWEST AIRLINES CO. |
| By: /s/ Joseph J. Siprut<br>One of the Attorneys for Plaintiffs<br>And the Proposed Settlement Class | By: /s/ H. Thomas Wells, Jr.<br>One of the Attorneys for Southwest Airlines Co. |
| Joseph J. Siprut<br>*jsiprut@siprut.com*<br>James M. McClintick<br>*jmcclintick@siprut.com*<br>Aleksandra M. S. Vold<br>*avold@siprut.com*<br>Gregg M. Barbakoff<br>*gbarbakoff@siprut.com*<br>SIPRUT PC<br>17 North State Street<br>Suite 1600<br>Chicago, Illinois 60602<br>312.236.0000<br>Fax: 312.948.9196<br>www.siprut.com | H. Thomas Wells, Jr.*<br>*twells@maynardcooper.com*<br>Lorrie L. Hargrove*<br>*lhargrove@maynardcooper.com*<br>Gregg M. McCormick*<br>*gmccormick@maynardcooper.com*<br>Mitesh B. Shah*<br>*mshah@maynardcooper.com*<br>MAYNARD, COOPER & GALE<br>Regions/Harbert Plaza<br>1901 6th Avenue North<br>Suite 2400<br>Birmingham, AL 35203<br>205.254.1000<br>Fax: 205.254.1999<br><br>* admitted *Pro Hac Vice* |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Joint Motion for Preliminary Approval of Class Action Settlement** was filed this 3rd day of December, 2012, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

                                                             /s/ Joseph J. Siprut