**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| *In re Southwest Airlines Voucher Litigation* | ) ) ) ) | No. 11-CV-8176<br><br>Hon. Matthew Kennelly |

**NOTICE OF PARTIES' AGREEEMENT ON ATTORNEYS' FEES**

Plaintiffs Adam J. Levitt and Herbert C. Malone (collectively, "Plaintiffs") and Defendant Southwest Airlines Co. ("Southwest") (collectively, the "Parties") hereby jointly provide notice to the Court that the parties have reached an agreement on attorneys' fees.

Section X of the Settlement Agreement preliminarily approved by this Court provides that the Parties were not able to reach a complete resolution of the issue of attorneys' fees, and instead, agreed to a bracketed range with a Floor ($1,750,000) and Ceiling ($7,000,000). (Docket No. 85-1, pp. 24-25.) The Agreement also indicated that the Parties would continue to try and reach a negotiated resolution of this issue. The Parties have since negotiated agreed attorneys' fees in the amount of $3,000,000, plus costs not to exceed $30,000, which supersedes the Floor/Ceiling brackets in Section X of the Agreement. These fees will be paid directly by Southwest, and will not reduce or otherwise impact the relief provided to the Settlement Class. All other aspects of the Settlement remain the same. Plaintiffs will file their motion in support of the requested fee award consistent with the schedule previously adopted by the Court.

The Parties will post this document on the settlement website.

Dated: January 17, 2013                                    Respectfully submitted,

| | |
|---|---|
| ADAM LEVITT and HERBERT C. MALONE, individually and on behalf of all others similarly situated | SOUTHWEST AIRLINES CO. |
| By: /s/ Joseph J. Siprut<br>  One of the Attorneys for Plaintiffs<br>  And the Proposed Settlement Class | By: /s/ H. Thomas Wells, Jr.<br>  One of the Attorneys for Southwest<br>   Airlines Co. |

| | |
|---|---|
| Joseph J. Siprut | H. Thomas Wells, Jr.* |
| *jsiprut@siprut.com* | *twells@maynardcooper.com* |
| James M. McClintick | Lorrie L. Hargrove* |
| *jmcclintick@siprut.com* | *lhargrove@maynardcooper.com* |
| Aleksandra M. S. Vold | Gregg M. McCormick* |
| *avold@siprut.com* | *gmccormick@maynardcooper.com* |
| Gregg M. Barbakoff | Mitesh B. Shah* |
| *gbarbakoff@siprut.com* | *mshah@maynardcooper.com* |
| SIPRUT PC | MAYNARD, COOPER & GALE |
| 17 North State Street | Regions/Harbert Plaza |
| Suite 1600 | 1901 6th Avenue North |
| Chicago, Illinois 60602 | Suite 2400 |
| 312.236.0000 | Birmingham, AL 35203 |
| Fax: 312.948.9196 | 205.254.1000 |
| www.siprut.com | Fax: 205.254.1999 |

\* admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Parties' Agreement on Attorneys' Fees** was filed this 17th day of January, 2013, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

      /s/ Joseph J. Siprut