**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION<br><br>GREGORY MARKOW,<br><br>        Objector. | Case No. 11-CV-8176<br><br>**NOTICE OF APPEARANCE**<br><br>Hon. Matthew Kennelly |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Objector Gregory Markow and requests that all notices, orders and/or other information in this case be served upon the individuals identified below:

> Melissa A. Holyoak
> **CENTER FOR CLASS ACTION FAIRNESS**
> 1718 M Street NW, No. 236
> Washington, DC 20036
> melissaholyoak@gmail.com
> (573) 823-5377

Dated: April 10, 2013

                                                    Respectfully submitted,

                                                    */s/ Melissa A. Holyoak*
                                                    Melissa A. Holyoak (DC Bar No. 487759)
                                                    **CENTER FOR CLASS ACTION FAIRNESS**
                                                    1718 M Street NW, No. 236
                                                    Washington, DC 20036
                                                    melissaholyoak@gmail.com
                                                    (573) 823-5377

## Certificate of Service

The undersigned certifies she electronically filed the foregoing Notice of Appearance via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing. Additionally she caused to be served via UPS overnight shipment a copy of this Notice of Appearance upon the following:

| Joseph J. Siprut<br>Aleksandra M.S. Vold<br>SIPRUT PC<br>17 North State Street<br>Suite 1600<br>Chicago, Illinois 60602 | H. Thomas Wells, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203 |
|---|---|
| Hon. Matthew F. Kennelly<br>United States District Court for the Northern District of Illinois, Eastern Division<br>Everett McKinley Dirksen United States Courthouse<br>Chambers 2188<br>219 South Dearborn Street<br>Chicago, IL 60604 | |

Dated: April 10, 2013.

/s/ Melissa A. Holyoak