**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION | Case No. 11-CV-8176 |
| | **DECLARATION OF GREGORY MARKOW** |
| GREGORY MARKOW, | Hon. Matthew Kennelly |
| Objector. | |

I, Gregory Markow, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. My mailing address is 600 W. Broadway 7th Floor, San Diego, CA 92101. My phone is (619) 500-3644. My email address is junk1@markow.net.

3. On multiple occasions before August 1, 2010, I flew Business Select on Southwest Airlines using the frequent flyer number 00001049489932. During most or all of those flights I did not use drink coupons. I am thus a class member.

4. During the relevant time period, these reservations were made with my email address junk1@markow.net. That is an alias email address that, during the pre-August 2010 period, was redirected to my work email account. Thus, almost all emails from that time frame are on my work email account at my former employer. As of the date of this declaration, my former law firm has not yet retrieved emails from the backup tapes with the flight information. If there is any dispute whether I am a class member, I hope to have information about specific flights by the time of the fairness hearing, and hope to be able to provide flight information then. In the alternative, Southwest Airlines should have access to my flight records through my frequent flyer number.

5. Settlement notice was emailed to me at junk1@markow.net on the evening of

January 13, 2013. When I opened the email the next morning, I was stunned at the outsized fee, and I immediately forwarded the notice to my friend Ted Frank of the Center for Class Action Fairness, because I was familiar with his non-profit firm's work objecting to unfair settlements.

6. When I read the notice and forwarded it to Mr. Frank, I had not yet seen Mr. Frank's January 11 blog post discussing the unfairness of the settlement and fee request. I told Mr. Frank I was a class member and interested in objecting. On April 9, 2013, I signed a retainer agreement and agreed to have Ms. Holyoak represent me as counsel in the Northern District of Illinois. I have reviewed the objection she has drafted and endorse it.

7. I have never objected to a class action settlement before.

8. I am objecting in good faith, and am willing to stipulate to an injunction precluding me and my attorneys from settling my objection for a personal payment without benefit to the larger class.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2013, in San Diego, California.

_____
Gregory Markow