## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Adam J Levitt, et al.
        Plaintiff,

v.             Case No.: 1:11−cv−08176
             Honorable Matthew F. Kennelly

Southwest Airlines, Co.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 11, 2013:

  MINUTE entry before Honorable Matthew F. Kennelly: A telephone status hearing is set for 4/24/2013 at 9:00 AM, so that counsel for the parties can advise the Court on what they anticipate regarding the nature and length of the fairness hearing, in particular, whether any party anticipates calling witnesses. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.