**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re Southwest Airlines Voucher Litigation | ) ) ) ) ) | No. 11-CV-8176<br><br>Hon. Matthew Kennelly |

**ENTRY OF APPEARANCE**

COMES NOW Joseph Darrell Palmer of the Law Offices of Darrell Palmer PC, and hereby enters his appearance on behalf of objector, Alison Paul, in the case referenced above.

I consent to electronic service by the court of all documents, including orders and judgments.

                                                Respectfully Submitted,

Dated: April 11, 2013          By: /s/ Joseph Darrell Palmer

                                                Joseph Darrell Palmer
                                                Law Offices of Darrell Palmer PC
                                                603 North Highway 101, Ste. A
                                                Solana Beach, California 92075
                                                Phone: (858) 792-5600
                                                Fax: (866) 583-8115
                                                Email: darrell.palmer@palmerlegalteam.com

                                                Counsel for Objector Alison Paul

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2013, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the USDC CM/ECF system.

      I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.


                                             ___/s/ Joseph Darrell Palmer____
                                             Joseph Darrell Palmer
                                             Attorney for Objector