IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re Southwest Airlines Voucher Litigation | ) ) ) ) ) | No. 11-CV-8176<br><br>Hon. Matthew Kennelly |

**OBJECTION AND NOTICE OF JOINDER**

Alison Paul is a class member as evidenced by Notice attached as Exhibit A. Ms. Paul adopts and joins all other well pled, bona fide objections filed by other class members in this case, and incorporates them by reference as if they appear here in full. Ms. Paul specifically adopts all arguments raised in the Markow and Fortman objections. (Doc. 105 and 107)

For the reasons articulated in Doc. 105 and 107, this Objector respectfully requests that the Court sustain her objections and enter such Orders as are necessary and just to adjudicate these Objections and to alleviate the inherent unfairness, inadequacies and unreasonableness of the proposed settlement;

LAW OFFICES OF DARRELL PALMER PC

Dated: April 11, 2013

By: /s/ Joseph Darrell Palmer_____
Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Phone: 858-792-5600
Fax: 866-583-8115
Email: Darrell.palmer@palmerlegalteam.com

Attorney for Objector Alison Paul

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2013, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

    /s/ Joseph Darrell Palmer\_\_\_\_
Joseph Darrell Palmer
Attorney for Objector