**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| *In re Southwest Airlines Voucher Litigation* | ) ) ) | No. 11-CV-8176 |
| | ) | Hon. Matthew Kennelly |

## NOTICE OF COMPLIANCE WITH THE APRIL 16, 2013 ORDER

Plaintiffs, by their undersigned counsel, hereby give notice of their compliance with the Court's April 16, 2013 Order. (Docket No. 115.) Pursuant to the Order, on April 17, 2013, Plaintiffs mailed out a letter to every person who objected to or commented on the settlement and the Court's Order preliminarily approving the settlement. Copies of each letter are attached hereto as Group Exhibit 1.

In addition, as requested in the Court's April 16 Order, the Notices sent to all Settlement Class Members are attached hereto as Group Exhibit 2. All Notices listed May 21, 2013 at 9:30 a.m. as the date for the Final Fairness Hearing.

Dated: April 17, 2013

Respectfully submitted,

ADAM J. LEVITT and HERBERT C. MALONE, individually and on behalf of all others similarly situated

By:_____
    One of the Attorneys for Plaintiffs
    And the Settlement Class

Joseph J. Siprut
*jsiprut@siprut.com*
Aleksandra M. S. Vold
*avold@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
**S**IPRUT **PC**
17 North State Street, Suite 1600
Chicago, Illinois 60603
312.236.0000
Fax: 312.878.1342

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Compliance with the April 16, 2013 Order** was filed this 17th day of April, 2013, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

_____
Joseph J. Siprut

4835-5414-5555, v. 2