# EXHIBIT 2

Clerk of Court Northern District of Illinois
Eastern Division
Everett McKinley Dirksen United States Courthouse
219 Dearborn Street
Chicago, Illinois 60604

Reference: In re Southwest Airlines Voucher Litigation, No.11-cv-8176, (N.D. Ill.) titled "Objection to Class Settlement in "In re Southwest Airlines Voucher Litigation, No.11-cv-8176, (N.D. Ill.)"

Gentlemen of the Court

I am writing to you in order to state my opposition to this <u>Classless</u> Action Suit.

Prior to the coupons becoming obsolete I was advised by a flight attendant of the date when the coupons would no longer be accepted.

In addition, as a business traveler of approximately 48 years, I have never experienced an Airline, either Domestic or International, whose employees have obviously taken the time to read and understand the book on "Customer Service".

In closing may I offer the Court one further thought? If we seek to punish businesses who generously offer free gifts, out of our personal greed, will we not be cutting off our noses to spite our face? The reality will be these gifts will eventually go away causing all to suffer as a direct result of the greed of a few.

Dennis J. Coyne
921 Adara Drive
Columbus, OH 43240
Home Phone: 1 614 825 0839
Cell Phone: 1-847-612-5468
Email: irishandindian@msn.com