**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Adam J Levitt, et al.
                        Plaintiff,

v.                                             Case No.: 1:11−cv−08176
                                                   Honorable Matthew F. Kennelly

Southwest Airlines, Co.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 26, 2013:

      MINUTE entry before the Honorable Matthew F. Kennelly: For the reasons stated in the accompanying Memorandum Opinion and Order, the Court grants final approval of the settlement [docket no. 88] and the incentive aware portion of the motion for attorney's fees, costs, and incentive awards [docket no. 103]. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.