**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION | Case No. 11-CV-8176 |
| | Hon. Matthew Kennelly |
| GREGORY MARKOW, | |
| Objector. | |

## GREGORY MARKOW'S NOTICE OF FILING CLAIM

In light of *Silverman v. Motorola Solutions, Inc.*, 2013 U.S. App. LEXIS 16878 (7th Cir. August 14, 2013), Objector Gregory Markow respectfully provides notice that he has timely filed an online claim form. The deadline for submitting a claim form was September 2, 2013. *See* Preliminary Approval Order (Dkt. 89) at 6. As set forth in the attached declaration, Objector Markow submitted his online claim form on August 7, 2013. *See* Declaration of Gregory Markow.


Dated: September 19, 2013

/s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
Center for Class Action Fairness
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (573) 823-5377
Email: melissaholyoak@gmail.com

*Attorney for Gregory Markow*

## Certificate of Service

The undersigned certifies she electronically filed the foregoing Notice via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing. Additionally she placed a copy of the foregoing in the U.S. Mail addressed to:

Hon. Matthew F. Kennelly
United States District Court for the Northern District of Illinois, Eastern Division
Everett McKinley Dirksen United States Courthouse
Chambers 2188
219 South Dearborn Street
Chicago, IL 60604

Dated: September 19, 2013.

/s/ Melissa A. Holyoak