UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION | Case No. 11-CV-8176 |
| | **DECLARATION OF GREGORY MARKOW** |
| GREGORY MARKOW, | Hon. Matthew Kennelly |
| Objector. | |

I, Gregory Markow, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. I filed an objection to the proposed settlement in this action on April 10, 2013 (Docket 105).

3. On August 7, 2013, I filed an online claim form. Confirmation of the filing of my online claim form with confirmation code 0DIJ12X3 is attached at Exhibit 1.

Executed on September 19, 2013, in San Diego, California.

_Gregory Markow_
Gregory Markow

# EXHIBIT 1

Case: 1:11-cv-08176 Document #: 142-1 Filed: 09/19/13 Page 3 of 3 PageID #:1552



**Melissa Holyoak <melissaholyoak@gmail.com>**

## Online Claim Form - Confirmation

**Greg Markow** <junk1@markow.net>　　　　　　　　　　　　　　　　　　　　　　　　　Wed, Aug 7, 2013 at 1:43 PM
Reply-To: Greg Markow <junk1@markow.net>
To: melissaholyoak@gmail.com

Here it is.

**From Evernote:**

**Online Claim Form - Confirmation**

Clipped from: **https://www.southwestvouchersettlement.com/Claim/Confirm?confirmationCode=0DIJ12X3**

# Southwest Airlines Drink Voucher Settlement

*In re Southwest Airlines Voucher Litigation*
Case No. 11-cv-8176
(N.D. Ill.)

**Home**　　　**Frequently Asked Questions**　　　**Important Documents**　　　**Online Claim Form**　　　**Contact Us**

**Important Dates**

**April 11, 2013**
Deadline to Object to the Settlement

**April 11, 2013**
Deadline to Exclude Yourself from the Class

**May 21, 2013**
Fairness Hearing

**September 2, 2013**
Deadline to Submit a Claim Form

## Online Claim Form - Confirmation

**Your Online Claim form was successfully submitted. If you have any questions, please reference the following confirmation code:**

**0DIJ12X3**

© 2013 Epiq Systems, Inc., All rights reserved | **Privacy Policy** | Version: 1.0.1.17174 | Updated: 2/8/2013 9:33:28 AM