# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION | Case No. 11-CV-8176 |
| | Hon. Matthew Kennelly |
| GREGORY MARKOW, | |
| Objector. | |

## GREGORY MARKOW'S NOTICE OF APPEAL

Notice of hereby given that objecting class member Gregory Markow hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Court's Memorandum Opinion and Order Granting Final Approval and Incentive Awards (Docket Nos. 141), entered on August 26, 2013, and all opinions and orders that merge therein.

Dated: September 24, 2013.

/s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
Center for Class Action Fairness
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (573) 823-5377
Email: melissaholyoak@gmail.com

*Attorney for Gregory Markow*

**Certificate of Service**

The undersigned certifies she electronically filed the foregoing Notice via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing. Additionally she placed a copy of the foregoing in the U.S. Mail addressed to:

Hon. Matthew F. Kennelly
United States District Court for the Northern District of Illinois, Eastern Division
Everett McKinley Dirksen United States Courthouse
Chambers 2188
219 South Dearborn Street
Chicago, IL 60604

Dated: September 24, 2013.

/s/ Melissa A. Holyoak