**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| *In re Southwest Airlines Voucher Litigation* | ) ) ) ) ) | No. 11-CV-8176<br><br>Hon. Matthew Kennelly |

**MOTION FOR LEAVE TO WITHDRAW**
**APPEARNCE OF ALEKSANDRA M.S. VOLD**
**AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFFS**

Siprut PC ("Siprut"), on behalf of Aleksandra M.S. Vold ("Ms. Vold"), one of the attorneys of record for Plaintiffs, pursuant to Local Rule 83.17, hereby respectfully moves the Court for leave to withdraw. In support of this Motion, Siprut states the following:

1. As of September 27, 2013, Ms. Vold is no longer associated with the law firm Siprut PC, which has been retained to represent Plaintiffs in this matter.

2. Although Ms. Vold is no longer associated with Siprut PC, and will no longer represent Plaintiffs in this action, Plaintiffs will continue to be represented by other attorneys at Siprut PC, including Joseph J. Siprut and Gregg M. Barbakoff, whose appearances are already on file. Therefore, Plaintiffs will not be prejudiced by Ms. Vold's withdrawal.

WHEREFORE, Siprut, on behalf of Ms. Vold, respectfully requests that this Court enter an order granting Ms. Vold leave to withdraw her appearance as one of the attorneys of record for Plaintiffs.

Dated: September 27, 2013                    Respectfully submitted,

                                             ADAM LEVITT and HERBERT C.
                                             MALONE, individually and on behalf of all
                                             others similarly situated

                                             By:_____
                                                One of the Attorneys for Plaintiffs
                                                And the Settlement Class

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.470.6588

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Motion For Leave To Withdraw Appearance Of Aleksandra M.S. Vold As One Of The Counsel Of Record For Plaintiffs** was filed this September 27, 2013 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

_____
Joseph J. Siprut

4829-7692-5974, v. 1