**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ADAM J. LEVITT, individually and on behalf of all others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) No. 11-CV-8176 ) |
| **SOUTHWEST AIRLINES, CO.,** | ) ) |
| **Defendant.** | ) ) |

## MOTION FOR FINAL JUDGMENT

Defendant, Southwest Airlines Co. ("Southwest"), respectfully moves this Court, pursuant to Fed. R. Civ. P. 58(a) and (d), for entry of a Final Judgment in this matter. In support of its motion, Southwest states as follows:

1. This Court granted final approval to the settlement reached in this purported class action on August 26, 2013 ("August 26, 2013 Order"). Thereafter, the Court closed the file in this case.

2. On October 3, 2013, this Court granted in part Plaintiffs' counsel's petition for attorney's fees, the only remaining issue in this case.

3. This Court has not yet entered a formal final judgment in this case. A separate and formal final judgment is needed to:

    ■ Clarify the time for appeal;[1]

    ■ Dismiss this case with prejudice;

---

[1] Objector Gregory Markow has filed a notice of appeal from the Court's August 26, 2013 Order out of an abundance of caution, indicating in his Docketing Statement to the Seventh Circuit that he "does not believe that the August 26 Order is a final judgment, nor that the district court has issued a final judgment under Federal Rule of Civil Procedure 58." Pacer Doc. No. 146.

{02691002.2}

- Permanently enjoin Class Members , all Releasors, and anyone suing on their behalf from filing or otherwise participating in a lawsuit against Southwest raising Released Claims;

- Retain the Court's jurisdiction over all matters relating to the administration, consummation, enforcement and interpretation of the Settlement Agreement and the Final Judgment; and

- Enter a ruling on Southwest's CAFA notice compliance.

Southwest proposes the Court enter the Final Judgment attached as Exhibit A, which also includes some administrative and other provisions relevant to the settlement.

Respectfully submitted by,

/s/ H. Thomas Wells, Jr.
H. Thomas Wells, Jr.
One of the Attorneys for
SOUTHWEST AIRLINES CO.

OF COUNSEL:
**MAYNARD, COOPER & GALE**
1901 6th Avenue North
Suite 2400
Birmingham, AL  35203
(205) 254-1000
twells@maynardcooper.com

/s/ Michael W. Drumke
Michael W. Drumke
One of the Attorneys for SOUTHWEST AIRLINES CO.

OF COUNSEL:
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, IL  60611
(312) 321-9100
mdrumke@smbtrials.com

{02691002.2}                                      2

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 4th day of October, 2013, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Joseph J. Siprut  
Siprut PC  
122 S. Michigan Avenue  
Suite 1850  
Chicago, IL  60603

                                               /s/ H. Thomas Wells, Jr.  
                                               OF COUNSEL