# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION | Case No. 11-CV-8176 |
| | Hon. Matthew Kennelly |
| GREGORY MARKOW, | |
| Objector. | |

## GREGORY MARKOW'S AMENDED NOTICE OF APPEAL

Notice is hereby given that objecting class member Gregory Markow hereby amends his September 24, 2013 Notice of Appeal (Dkt. No. 145), currently docketed at the United States Court of Appeals for the Seventh Circuit as Case No. 13-3109. In addition to the already pending appeal from the Court's Memorandum Opinion and Order Granting Final Approval and Incentive Awards (Docket No. 141), Markow now also appeals from the Court's Memorandum Opinion and Order Granting Plaintiffs' Petition for Attorneys' Fees in Part (Docket No. 152), entered on October 3, 2013, and the Court's Final Judgment (Docket No. 156), entered on October 10, 2013, and all opinions and orders that merge therein.

Dated: October 11, 2013.
/s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
Center for Class Action Fairness
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (573) 823-5377
Email: melissaholyoak@gmail.com

*Attorneys for Gregory Markow*

**Certificate of Service**

The undersigned certifies she electronically filed the foregoing Notice via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing. Additionally she placed a copy of the foregoing in the U.S. Mail addressed to:

> Hon. Matthew F. Kennelly
> United States District Court for the Northern District of Illinois, Eastern Division
> Everett McKinley Dirksen United States Courthouse
> Chambers 2188
> 219 South Dearborn Street
> Chicago, IL 60604

Dated: October 11, 2013.

/s/ Melissa A. Holyoak