

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



**THOMAS G. BRUTON**
**CLERK**

312-435-5670

October 29, 2013

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

    RE: In Re: Southwest Airlines Voucher Litigation

    U.S.D.C. DOCKET NO.: *11 CV 8176*

    U.S.C.A. DOCKET NO.: 13-3264

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

    VOLUME(S) OF *ELECTRONIC* PLEADING(S)    3

    VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)    5

    VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                      Very truly yours,

                      Thomas G. Bruton, Clerk

                      By: /s/ Sheila Moore, Deputy Clerk

FILE COPY

U.S.C.A. 7th Circuit
RECEIVED SDP
OCT 29 2013
GINO J. AGNELLO
CLERK