**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re Southwest Airlines Voucher Litigation | ) ) ) ) ) | No. 11-CV-8176<br><br>Hon. Matthew Kennelly |

**NOTICE OF APPEAL**

Notice is given that objecting class member Alison Paul hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Court's Memorandum Opinion and Order Granting Final Approval and Incentive Awards (Docket No. 141) entered on August 26, 2013, the Court's Memorandum Opinion and Order Granting Plaintiffs' Petition for Attorneys' Fees in Part (Docket No. 152) entered on October 3, 2013, and the Court's Final Judgment (Docket No. 156) entered on October 10, 2013, and all opinions and orders that merge therein.

Respectfully Submitted,

Dated: November 4, 2013    By: /s/ Joseph Darrell Palmer

Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Phone: (858) 215-4064
Fax: (866) 583-8115
Email: darrell.palmer@palmerlegalteam.com

Counsel for Objector Alison Paul

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2013, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the USDC CM/ECF system.

      I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

          /s/ Joseph Darrell Palmer
      Joseph Darrell Palmer
      Attorney for Objector