IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-8176<br><br><br>On appeal to the<br>United States Court of Appeals for<br>the Seventh Circuit,<br>Case No. 13-3462 |

## MOTION TO CORRECT AND/OR MODIFY THE RECORD ON APPEAL

Southwest Airlines Co. ("Southwest"), defendant in the above-referenced case and appellee in the above-referenced appeal, pursuant to Fed. R. App. P. 10(e) and Circuit Rule 10(b), respectfully requests this Court to modify and/or correct the record on appeal to include Pacer Doc. Nos. 88 and 90. As grounds for this motion, Southwest states the following:

1. This Court's August 26, 2013 approval of the class action settlement in this case, October 3, 2013 order awarding attorneys' fees to Class Counsel, and final judgment entered on October 10, 2013, are on appeal to the Seventh Circuit.

2. On November 8, 2013, the district court clerk forwarded to the Seventh Circuit the record on appeal for appeal number 13-3462. *See* Doc. No 167. That record, however, did not include Pacer Doc. Nos. 88 and 90 from this court's record. Pacer Doc. No. 88 (Notice by All Plaintiffs of Filing Amended Stipulation of Settlement with Exhibits) is the Amended Settlement Agreement and exhibits, which the Court ultimately approved, the subject of which is on appeal. It must be included. Pacer Doc. No. 90 (Notice of Parties' Agreement on Attorneys' Fees by Adam J. Levitt, Herbert C. Malone) is notice to the district court of the attorneys' fee settlement

{02726182.1}

reached between Class Counsel and Southwest, including a description of that settlement and acknowledgment that it "supersedes" the Floor/Ceiling brackets for attorneys' fees previously agreed to in the Amended Settlement Agreement. Given that the Court's award of attorneys' fees to Class Counsel is on appeal, Pacer Doc. No. 90 is relevant to that issue and must be included in the record on appeal.

3. On October 30, 2013 Southwest filed a motion seeking to modify the record on appeal for appeal numbers 13-3109 and 13-3264. *See* Doc. No. 165. On November 8, 2013 the Court granted Southwest's motion. *See* Doc. No. 177. This motion seeks for appeal number 13-3462 the same modifications to the record on appeal that Southwest sought and the Court granted for appeal numbers 13-3109 and 13-3264.

WHEREFORE, Southwest respectfully requests the Court order a modification and/or correction of the record on appeal for appeal number 13-3462 to include Pacer Doc. Nos. 88 and 90.

Respectfully submitted by,

/s/ H. Thomas Wells, Jr.
H. Thomas Wells, Jr.
One of the Attorneys for
SOUTHWEST AIRLINES CO.

OF COUNSEL:
**MAYNARD, COOPER & GALE**
1901 6th Avenue North
Suite 2400
Birmingham, AL  35203
(205) 254-1000
twells@maynardcooper.com

/s/ Michael W. Drumke
Michael W. Drumke
One of the Attorneys for
SOUTHWEST AIRLINES CO.

{02726182.1}

OF COUNSEL:
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
mdrumke@smbtrials.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 12th day of November, 2013, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to counsel of record registered on the CM/ECF system. In addition, service was made by U.S. Mail to the following:

  Theodore Frank
  Center for Class Action Fairness
  1718 M Street, No. 236
  Washington, D.C.20036

           /s/ H. Thomas Wells, Jr.
           OF COUNSEL

{02726182.1}