

**FILED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NOV 1 2 2013

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION | Case No. 11-CV-8176 |
| | Hon. Matthew Kennelly |
| GREGORY MARKOW, Objector. | |

### DANIEL SIBLEY NOTICE OF APPEAL

Notice is hereby given that objecting class member Daniel Sibley files this Notice of Appeal from the Court's Memorandum Opinion and Order Granting Final Approval and Incentive Awards (Docket No. 141), entered on August 26, 2013, from the Court's Memorandum Opinion and Order Granting Plaintiffs' Petition for Attorneys' Fees in Part (Docket No. 152), entered on October 3, 2013 and the Court's Final Judgment (Docket No. 156), entered on October 10, 2013, and all opinions and orders that merge therein.

Dated: November 11, 2013

Daniel Sibley.
C/O The Sibley Firm
2711 No. Haskell, Suite 550
Dallas, Texas 75206
(214) 522-5222

1

## CERTIFICATE OF SERVICE

I, Daniel Sibley hereby certify that on the 11th day of November 2013, a true and correct copy of the Notice of Appeal was served on all counsel of record by United States mail.

U.S. District Clerk
Northern District of Illinois
Eastern Division
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604


Joseph J. Siprut
SIPRUT PC
17 North State Street
Suite 1600
Chicago, Illinois 60602

H. Thomas Wells, Jr.
Maynard Cooper & Gale, P.C.
2400 Regions/Harpert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

Hon. Matthew F. Kennelly
United States District Court for the Northern District of Illinois Eastern Division
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Daniel Sibley

Dated: November 11, 2013