**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re Southwest Airlines | ) | |
| Voucher Litigation | ) | Case No: 11 C 8176 |
| | ) | |

**ORDER**

Defendant's motion to correct and/or modify the record on appeal is granted [178], and the motion hearing date of 11/19/2013 is vacated. The Clerk is directed to supplement the record on appeal in Seventh Circuit Case No. 13-3462 to include the documents accompanying docket entries 88 and 90 in this matter.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: November 18, 2013