# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Adam J Levitt, et al.

                          Plaintiff,

v.                                      Case No.: 1:11−cv−08176
                                        Honorable Matthew F. Kennelly

Southwest Airlines, Co.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 20, 2013:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 11/20/13. Motion by Objector Gregory Markow to intervene [185] is entered and continued to 12/2/2013 at 09:29 AM. Attorney Ted Frank is ordered to appear. (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.