# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

November 27, 2013

*Before*

**William J. Bauer,** *Circuit Judge*
**Michael S. Kanne,** *Circuit Judge*
**John Daniel Tinder,** *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| IN RE:<br>    SOUTHWEST AIRLINES VOUCHER<br>    LITIGATION | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division. |
| ADAM J. LEVITT and HERBERT C.<br>MALONE, individually and on behalf of<br>all others similarly situated,<br>    Plaintiffs-Appellees, | ]<br>] No. 1:11-cv-08176<br>]<br>] Matthew F. Kennelly, Judge. |
| No. 13-3109        v. | ]<br>] |
| SOUTHWEST AIRLINES COMPANY,<br>    Defendant-Appellee. | ]<br>]<br>] |
| APPEAL OF:<br>    GREGORY MARKOW,<br>        Objector-Appellant. | ]<br>]<br>] |

O R D E R

On consideration of the papers filed in this appeal and review of the short record,

- over -

No. 13-3109                                                                                                       Page 2

      IT IS ORDERED that this appeal is DISMISSED as unnecessary.

      This appeal duplicates an amended appeal filed on October 11, 2013, and docketed in this court as Appeal No. 13-3264.  Only one appeal is necessary.  *Harris v. Bellin Memorial Hospital*, 13 F.3d 1082, 1083 (7th Cir. 1994).  Appellant's appeal will proceed under Appeal No. 13-3264.