# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 3, 2014

| No.: 13-3542 | IN RE: SOUTHWEST AIRLINES VOUCHER LITIGATION APPEAL OF: DANIEL SIBLEY, Objector |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:11-cv-08176 Northern District of Illinois, Eastern Division District Judge Matthew F. Kennelly ||

This cause, docketed on November 14, 2013, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit