UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Adam J Levitt, et al.
                              Plaintiff,

v.                                         Case No.: 1:11−cv−08176
                                                   Honorable Matthew F. Kennelly

Southwest Airlines, Co.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: By no later than seven days prior to the evidentiary hearing set on plaintiff's motion for reconsideration, class counsel are directed to provide to the Court and to counsel for defendant and the objector (Class Action Fairness Center) documents and information sufficient to show the following: 1) any paid hourly rate that any of the petitioning attorneys in this case have received from a client within the last four years, along with a description of the nature of the case or other legal work involved; 2) any hourly rate that any of the petitioning attorneys have requested from a court for class action litigation within the last four years, identifying the case name, number, and court, a description of the nature of the case, whether the defendant agreed to or otherwise did not oppose the hourly rate, and whether any other party, class member, or intervenor contested the hourly rate; and 3) a description of the nature of the work done by any of the petitioning attorneys for the clients who submitted affidavits in support of the motion for reconsideration. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.