**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| *In re Southwest Airlines Voucher Litigation* | ) ) ) ) | No. 11-CV-8176<br><br>Hon. Matthew Kennelly |

**MOTION FOR LEAVE TO WITHDRAW
APPEARNCE OF JAMES MORRIS MCCLINTICK
<u>AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFFS</u>**

Siprut PC ("Siprut"), on behalf of James Morris McClintick ("Mr. McClintick"), one of the attorneys of record for Plaintiffs, pursuant to Local Rule 83.17, hereby respectfully moves the Court for leave to withdraw. In support of this Motion, Siprut states the following:

1. Mr. McClintick is no longer associated with the law firm Siprut PC, which has been retained to represent Plaintiffs in this matter.

2. Although Mr. McClintick is no longer associated with Siprut PC, and will no longer represent Plaintiffs in this action, Plaintiffs will continue to be represented by other attorneys at Siprut PC, including Joseph J. Siprut, Gregg M. Barbakoff, and Gregory W. Jones, whose appearances are already on file. Therefore, Plaintiffs will not be prejudiced by Mr. McClintick's withdrawal.

WHEREFORE, Siprut, on behalf of Mr. McClintick, respectfully requests that this Court enter an order granting Mr. McClintick leave to withdraw his appearance as one of the attorneys of record for Plaintiffs.

Dated: June 12, 2014

                                        Respectfully submitted,

                                        ADAM LEVITT and HERBERT C. MALONE, individually and on behalf of all others similarly situated

                                        By:   */s/ Joseph J. Siprut*
                                               One of the Attorneys for Plaintiffs
                                               And the Settlement Class

-2-

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
Gregory W. Jones
*gjones@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.267.1906

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Motion For Leave To Withdraw Appearance Of James Morris McClintick As One Of The Counsel Of Record For Plaintiffs** was filed June 12, 2014 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Joseph J. Siprut*
Joseph J. Siprut

4816-7339-9579, v. 1