**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Southwest Airlines Voucher Litigation* ) ) ) ) | No. 11-CV-8176<br><br>Hon. Matthew Kennelly |

**NOTICE OF APPEAL**

    Notice is hereby given that Plaintiffs Adam Levitt and Herbert Malone file this Notice of Appeal from the Court's: August 26, 2013, Memorandum Opinion and Order granting final approval and incentive awards (Docket No. 141); October 3, 2013, Memorandum Opinion and Order granting attorney's fees (Docket No. 152); October 10, 2013 Final Judgment (Docket No. 156); June 20, 2014 Memorandum Opinion and Order granting in part Plaintiffs' motion to alter or amend the final judgment (Docket No. 232); and all opinions and orders that merge therein.

Dated: July 7, 2014
                                            Respectfully submitted,

                                            ADAM LEVITT and HERBERT C. MALONE, individually and on behalf of all others similarly situated

                                            By:   */s/ Joseph J. Siprut*
                                                    One of the Attorneys for Plaintiffs
                                                    And the Settlement Class

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
Gregory W. Jones
*gjones@siprut.com*
**SIPRUT** PC
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.267.1906

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Appeal** was filed July 7, 2014 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Joseph J. Siprut*
Joseph J. Siprut

4830-4364-6748, v. 1