# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION | Case No. 11-CV-8176 |
| | Hon. Matthew Kennelly |
| GREGORY MARKOW, | |
| Objector. | |

## GREGORY MARKOW'S SECOND AMENDED NOTICE OF APPEAL

Notice is hereby given that objecting class member Gregory Markow hereby amends his October 11, 2013 Amended Notice of Appeal (Dkt. No. 157), currently docketed at the United States Court of Appeals for the Seventh Circuit as Case No. 13-3264. In addition to the already pending appeal from the Court's Memorandum Opinion and Order Granting Final Approval and Incentive Awards (Docket No. 141), the Court's Memorandum Opinion and Order Granting Plaintiffs' Petition for Attorneys' Fees in Part (Docket No. 152), and the Court's Final Judgment (Docket No. 156), Markow also appeals the Memorandum Opinion and Order Granting in Part Plaintiffs' Motion to Alter or Amend (Docket No. 232), entered on June 20, 2014, and all opinions and orders that merge therein. *See* Fed. R. App. Proc. 4(a)(4)(A)(iv), 4(a)(4)(B)(ii).

Dated: July 18, 2014.
/s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
Center for Class Action Fairness
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (573) 823-5377
Email: melissaholyoak@gmail.com

*Attorneys for Gregory Markow*

## Certificate of Service

The undersigned certifies she electronically filed the foregoing Notice via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing. Additionally she placed a copy of the foregoing in the U.S. Mail addressed to:

> Hon. Matthew F. Kennelly
> United States District Court for the Northern District of Illinois, Eastern Division
> Everett McKinley Dirksen United States Courthouse
> Chambers 2188
> 219 South Dearborn Street
> Chicago, IL 60604

Dated: July 18, 2014.

/s/ Melissa A. Holyoak