IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re Southwest Airlines Voucher Litigation | ) ) ) ) ) | No. 11-CV-8176<br><br>Hon. Matthew Kennelly |

**AMENDED NOTICE OF APPEAL OF ALISON PAUL**

Notice is given that objecting class member Alison Paul hereby amends her November 4, 2013 appeal (Docket No. 167), currently docketed at the United States Court of Appeals for the Seventh Circuit as Case No. 13-3462 (consolidated lead Case No. 13-3264). In addition to the already pending appeal from the Court's Memorandum Opinion and Order Granting Final Approval and Incentive Awards (Docket No. 141), the Court's Memorandum Opinion and Order Granting Plaintiffs' Petition for Attorneys' Fees in Part (Docket No. 152), and the Court's Final Judgment (Docket No. 156), Alison Paul also appeals the Memorandum Opinion and Order Granting in Part Plaintiffs' Motion to Alter or Amend (Docket No. 232), entered on June 20, 2014, and all opinions and orders that merge therein. *See* Fed. R. App. Proc. 4(a)(4)(A)(iv), 4(a)(4)(B)(ii).

Dated: July 18, 2014            By: /s/ Joseph Darrell Palmer

                                              Joseph Darrell Palmer
                                              Law Offices of Darrell Palmer PC
                                              2244 Faraday Avenue, Suite 121
                                              Carlsbad, CA 92008
                                              Phone: (858) 215-4064
                                              Fax: (866) 583-8115
                                              Email: darrell.palmer@palmerlegalteam.com

                                              Counsel for Objector Alison Paul

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

I additionally placed a courtesy copy of the foregoing in the U.S. Mail addressed to:

Hon. Matthew F. Kennelly
US District Court Northern District Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Chambers 2188
Chicago, IL 60604


/s/ Joseph Darrell Palmer
Joseph Darrell Palmer