

## MAYNARD COOPER
### ▮▮▮▮▮ & GALE PC
ATTORNEYS AT LAW

**Lorrie L. Hargrove**
DIRECT 205.254.1054
EMAIL lhargrove@maynardcooper.com

July 14, 2014

F I L E D

JUL 1 8 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Sheila Moore
Appeals Clerk
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Re:   **In Re: Southwest Airlines Voucher Litigation
Case No. 1;11-CV-08176**

Dear Sheila,

The above-referenced case is on appeal to the Seventh Circuit. We understand that in accordance with Seventh Circuit Rule 10, the entire record, with the exception of "miscellaneous procedural documents," will be forwarded with the long record to the Seventh Circuit. We respectfully request that the following docket items be included with the long record, as they are not "miscellaneous procedural documents":

1.      Docket No. 185, Motion by Objector Gregory Markow to intervene;

2.      Docket No. 189, Response by Southwest Airlines, Co. to Motion by Objection Gregory Markow to intervene;

3.      Docket No. 201, MEMORANDUM OPINION AND ORDER, signed by the Honorable Matthew F. Kennelly on 12/6/2013: The Court grants Gregory Markow's motion to intervene with certain limitations, as described in the accompanying decision.

4.      Docket No. 209, TRANSCRIPT OF PROCEEDINGS held on 11/20/13 before the Honorable Matthew F. Kennelly.

In addition, the transcript from the court's December 2, 2013 hearing currently is not included in the court record. We have called the court reporter, Laura Brennan, and asked her to file an official transcript. Once that is filed, we also ask that it be included in the record on appeal. We appreciate your attention to this matter.

July 14, 2014
Page 2

If you have any questions, please do not hesitate to call me.

Yours truly,

Lorrie L. Hargrove

LLH:psr
cc:    Joseph Siprut
       Ted Frank
       Joseph Darrell Palmer

MAYNARD COOPER
& GALE PC
ATTORNEYS AT LAW

02959197.1

$ 00.48°

UNITED STATES POSTAGE

MAILED FROM ZIP CODE

BIRMINGHAM
AL 350
14 JUL '14
PM 3 L

MAYNARD COOPER
& GALE PC

ATTORNEYS AT LAW .

1901 SIXTH AVENUE NORTH
2400 REGIONS HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2618

Sheila Moore
Appeals Clerk
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL  60604

60604180099

RECEIVED

JUL 1 8 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

-08176 Document #: 248 Filed: 07/18/14 Page 4 of 4 Pa