IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION, ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-8176<br><br>On appeal to the<br>United States Court of Appeals for<br>the Seventh Circuit,<br>Case Nos. 13-3264, 13-3462, 14-2495, 14-2591, 142602 |

## MOTION TO CORRECT AND/OR MODIFY THE RECORD ON APPEAL

Defendant Southwest Airlines Co. ("Southwest"), defendant in the above-referenced case and appellee in the above-referenced appeal, pursuant to Fed. R. App. P. 10(e) and Circuit Rule 10(b), respectfully requests this Court to modify and/or correct the record on appeal to include the affidavit of David Garcia, claims administrator for the settlement reached in this action, attached hereto as Exhibit A. In support of its motion, Southwest states the following:

1. The Court's August 26, 2013 approval of the class action settlement in this case, October 3, 2013 order awarding attorneys' fees to Class Counsel, and final judgment entered on October 10, 2013, are on appeal to the Seventh Circuit.

2. On October 29, 2013, the district court clerk forwarded to the Seventh Circuit the record on appeal. (*See* Doc. 163.) The record does not contain information regarding whether Objector, Allison Paul, actually submitted a Claim Form for Class Relief pursuant to the Settlement Agreement and the Final Judgment. Information on the claims actually submitted, however, is necessary to determine whether a class member has standing to challenge the fee award on appeal. *See Silvernan v. Motorola Solutions, Inc.*, 739 F. 3d 956, 957 (7th Cir. 2013)

03005091.1

(holding that objectors who do not file a claim for settlement benefits do not have standing because they have no interest in the fee award).

3. Testimony from the claims administrator about one of the appellants not submitting any claim for settlement benefits therefore is highly relevant to whether there is a justiciable case and controversy between that appellant and Southwest.

WHEREFORE, premises considered, Southwest respectfully requests the Court order a modification and/or correction of the record on appeal to include the affidavit of David Garcia attached hereto as Exhibit A.

Respectfully submitted,

/s/ H. Thomas Wells, Jr.
H. Thomas Wells, Jr.
One of the Attorneys for
SOUTHWEST AIRLINES CO.

OF COUNSEL:

MAYNARD, COOPER & GALE
1901 6th Avenue North
Suite 2400
Birmingham, AL  35203
Telephone:  205.254.1000
Fax:  205.254.1999
Email: twells@maynardcooper.com

/s/ Michael W. Drumke
Michael W. Drumke
One of the Attorneys for
SOUTHWEST AIRLINES CO.

OF COUNSEL:

03005091.1

SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
Telephone: 312.321.9100
Fax: 312.321.0990
Email: mdrumke@smbtrials.com

03005091.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 5th day of September 2014, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing to counsel of record registered on the CM/ECF system. In addition, service was made by U.S. Mail to the following:

Theodore Frank
Center for Class Action Fairness
1718 M Street, No. 236
Washington, D.C. 20036

                                        /s/ H. Thomas Wells, Jr.
                                        OF COUNSEL