IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION, | )<br>)<br>)  No. 11-cv-8176<br>)<br>)<br>)<br>)  On appeal to the<br>)  United States Court of Appeals for<br>)  the Seventh Circuit,<br>)  Case Nos. 13-3264, 13-3462, 14-<br>2495, 14-2591, 142602 |

## MOTION TO CORRECT AND/OR MODIFY THE RECORD ON APPEAL

Defendant Southwest Airlines Co. ("Southwest"), defendant in the above-referenced case and appellee in the above-referenced appeal, pursuant to Fed. R. App. P. 10(e) and Circuit Rule 10(b), respectfully requests this Court to modify and/or correct the record on appeal to include the affidavit of David Garcia, claims administrator for the settlement reached in this action, attached hereto as Exhibit A. In support of its motion, Southwest states the following:

1.  The Court's August 26, 2013 approval of the class action settlement in this case, October 3, 2013 order awarding attorneys' fees to Class Counsel, and final judgment entered on October 10, 2013, are on appeal to the Seventh Circuit.

2.  On October 29, 2013, the district court clerk forwarded to the Seventh Circuit the record on appeal. (*See* Doc. 163.) The record only contains very limited information as to how many actual claims by Class Members have been filed for Class Relief. R. 1521. On September 19, 2014, the Seventh Circuit decided *Redman v. Radioshack Corp.*, ___ F. 3d ___, 2014 WL 4654477 (7th Cir. 2014), in which it reversed the approval of a class action settlement, and noted that only one-half of one percent of the class submitted a claim for relief in that case.

3. Testimony from the claims administrator about the claims rate in this settlement thus will assist the Seventh Circuit with determining the whether this settlement was fair, reasonable, and adequate.

WHEREFORE, premises considered, Southwest respectfully requests the Court order a modification and/or correction of the record on appeal to include the affidavit of David Garcia attached hereto as Exhibit A.

Respectfully submitted,

/s/ H. Thomas Wells, Jr.
H. Thomas Wells, Jr.
One of the Attorneys for
SOUTHWEST AIRLINES CO.

OF COUNSEL:

MAYNARD, COOPER & GALE
1901 6th Avenue North
Suite 2400
Birmingham, AL 35203
Telephone: 205.254.1000
Fax: 205.254.1999
Email: twells@maynardcooper.com

/s/ Michael W. Drumke
Michael W. Drumke
One of the Attorneys for
SOUTHWEST AIRLINES CO.

OF COUNSEL:

SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
Telephone: 312.321.9100

Fax: 312.321.0990
Email: mdrumke@smbtrials.com

03043486.1

# CERTIFICATE OF SERVICE

       I hereby certify that on this the 8th day of October 2014, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing to counsel of record registered on the CM/ECF system. In addition, service was made by U.S. Mail to the following:

Joseph J. Siprut
Siprut PC
17 North State Street
Suite 1600
Chicago, Illinois 60602

Melissa Holyoak
Center for Class Action Fairness
1718 M Street, No. 236
Washington, D.C. 20036

                                          /s/ H. Thomas Wells, Jr.
                                          OF COUNSEL