# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION, ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-8176<br><br>On appeal to the<br>United States Court of Appeals for<br>the Seventh Circuit,<br>Case Nos. 13-3264, 13-3462, 14-2495, 14-2591, 142602 |

### AFFIDAVIT OF DAVID GARCIA

I, David Garcia, testify as follows:

1. My name is David Garcia, and I am over the age of eighteen years.

2. I am the claims administrator responsible for overseeing the settlement reached by the parties in the above-captioned litigation, and make this Affidavit based upon my review of the Claim Forms for Class Relief submitted pursuant to the Settlement Agreement and the Final Judgment entered in the above-captioned litigation.

3. After verification and removal of fraudulent claims, Class Members submitted Claims for 503,396 replacement vouchers under the Settlement Agreement and the Court's Final Judgment before the Claim Form Deadline.

4. Further, the Affiant sayeth not.

I, David Garcia, declare under penalty of perjury that the foregoing is true and correct.

*/s/ David Garcia*
DAVID GARCIA

SWORN TO AND SUBSCRIBED before me this 7th day of October, 2014.

_____
NOTARY PUBLIC in and for the
STATE OF Oregon

OFFICIAL SEAL
SARA ANN KNUDSEN
NOTARY PUBLIC-OREGON
COMMISSION NO. 473009
MY COMMISSION EXPIRES NOVEMBER 23, 2016