IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *In re Southwest Airlines Voucher Litigation* | ) ) ) ) | No. 11-CV-8176<br><br>Hon. Matthew Kennelly |

### AFFIDAVIT OF JOSEPH J. SIPRUT

I, JOSEPH J. SIPRUT, declare:

1. I am an attorney admitted to practice before this Court, and am the managing partner of the law firm of Siprut PC (herein "Siprut PC" or "Class Counsel"). I am one of the attorneys for Plaintiffs and the Class herein, and I make this declaration in support of Plaintiffs' Motion For Final Lodestar Calculation Pursuant To The Court's June 20, 2014 Order. If called as a witness, I would and could testify to the following:

2. Attorneys at my firm keep regular records of their time. In computing the total compensable time, attorneys at my firm exercised their billing judgment by reducing or eliminating time entries that we deemed redundant.

3. I have spent 2,137.2 hours prosecuting this case to date. The Court has previously determined that $585 per hour is an appropriate billing rate for my time.

4. Gregg M. Barbakoff, an associate at my firm, spent 1,285.6 hours prosecuting this case to date. The Court has determined that $225 per hour is an appropriate billing rate for Mr. Barbakoff.

5. James McClintick, an associate at my firm during the time his hours on this case were tabulated, spent 609.9 hours prosecuting this case to date. The Court has determined that $325 per hour is an appropriate billing rate for Mr. McClintick.

-2-

6. Aleks Vold, an associate at my firm during the time her hours on this case were tabulated, spent 1,029.7 hours prosecuting this case to date. The Court has determined that $285 per hour is an appropriate billing rate for Ms. Vold.

7. Kristina Pearson, a legal assistant at my firm, has spent 161.8 hours assisting in the prosecution of this case to date. The Court has determined that $125 per hour is an appropriate billing rate for Ms. Pearson.

8. Collectively, my firm has spent 5,224.2 hours prosecuting this case to date. A summary of the actions on which this time was spent is attached hereto as Exhibit 1 hereto. My firm's total base lodestar amount is thus $2,051,429, as detailed in Exhibit 1.

9. Additionally, my firm has incurred total unreimbursed, out-of-pocket expenses in the amount of $46,813.07 in connection with this case to date. A summary of these costs is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on December 21, 2015 in Chicago, Illinois.

                                                                      */s/ Joseph J. Siprut*

4841-7377-0771, v. 1

# EXHIBIT 1

| ACTION | Hours Spent | | | | |
|---|---|---|---|---|---|
| | JJS[1] $585/hr | JMM $325/hr | AMSV $285/hr | GMB $225/hr | KP $125/hr |
| Pre-filing research, drafting, filing, coordinating service of process and client meetings: | 89.2 | | 80.2 | | 3.6 |
| Correspondence with counsel of record: | 85.2 | 56.4 | 77.6 | 41.2 | |
| Review of Filings, Court Orders, Answer, Discovery Responses, Document Production, and Defendant's 26(a)(1) Disclosures: | 56.7 | 47.6 | 70.2 | 69.5 | 12.6 |
| Research and Drafting: Response to Motions, Amended Complaint, Motion to Strike, Motion for Protective Order, Discovery Requests and Answers, Joint 26(f) Report, 26(a)(1)Disclosures, and Protective Order: | 196.5 | 268.8 | 278.2 | 207.1 | 9 |
| Preparation for and Attendance at Hearings: | 6.9 | 2.8 | 20.2 | | |
| Preparation for and Attendance at Depositions: | 284.4 | 98.4 | 178.4 | 70.6 | |
| Drafting of Pre-Mediation Demand, Attendance at Mediation Sessions: | 24.3 | | 37.6 | | |
| Post-Mediation Research and Drafting: | 24.5 | | 21.2 | | |
| Post-Mediation Settlement Negotiations, and Drafting/Editing Settlement Agreement: | 35.4 | | 24.6 | | |

---

[1] JJS: Joseph J. Siprut; JMM: James M. McClintick; AMSV: Aleksandra M. S. Vold; GMB: Gregg M. Barbakoff; KP: Kristina Pearson (professional/non-attorney).

| | | | | | |
|---|---|---|---|---|---|
| Research, Draft, and Edit Motion for Preliminary Approval: | 15.6 | 18.1 | 42.4 | | |
| Research, Draft, and Serve Petition for Attorneys' Fees: | 63.3 | 19.8 | 69.1 | | |
| Reviewing, Researching, Drafting, and Editing Responses to Objectors (actual): | 124.1 | 43 | 54 | 90.2 | |
| Research, Draft, and serve Motion for Final Approval (actual): | 144.5 | 34 | 52 | 88.7 | |
| Preparation for and Attendance at Preliminary and Final Hearings (actual): | 122.2 | 21 | 24 | 86 | |
| Briefing on Rule 59 Motion | 152.4 | | | 190.2 | 14.2 |
| Preparation and attendance at hearing on Rule 59 motion | 127.6 | | | 102.1 | 84.5 |
| Drafting and preparation of all appellate briefing | 282.7 | | | 192 | 37.9 |
| Various court-mandated and other settlement conferences with objectors and preparation for same | 58.3 | | | 26.4 | |
| Preparation for and attendance at oral argument before Seventh Circuit | 97.2 | | | 37.7 | |
| Review and analysis of Seventh Circuit decision and preparation of next steps, motions before district court | 146.2 | | | 83.9 | |
| **Total Lodestar Hours** | **2137.2** | **609.9** | **1029.7** | **1285.6** | **161.8** |
| Total Billed: | $1,250,262 | $198,217.50 | $293,464.50 | $289,260 | $20,225 |
| | **Total Lodestar Fee Amount:** | | | **$2,051,429** | |

# EXHIBIT 2

| Description | Cost |
|---|---|
| Filing Fee | $350.00 |
| Computer Assisted Research | $1,208.20 |
| Service/Postage/Express Delivery/Messenger | $566.05 |
| Transcript Costs | $3,800.13 |
| Travel/Meals/Carfare | $3,171.24 |
| Printing/Copying/Binding | $114.20 |
| Mediation Fee | $9,312.50 |
| *COSTS INCURRED SINCE APRIL 2013:* | |
| Expert Testimony/Consultation/Declaration | $12,688.70 |
| Notice of Appeal Filing Fee | $505.00 |
| Computer Assisted Research | $1,306.85 |
| Service/Postage/Express Delivery/Messenger | $184.58 |
| Transcript Costs | $516.30 |
| Travel/Meals/Carfare | $152.52 |
| Printing/Copying/Binding | $1,016.80 |
| JAMS Fee for Moot Court Service | $11,920.00 |
| **TOTAL EXPENSES:** | **$46,813.07** |