IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION, | ) ) ) ) ) ) No. 11-cv-8176 |

## SOUTHWEST AIRLINE CO.'S UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE

By Order of June 22, 2016, the Court set the above matter for a status hearing on August 8, 2016 at 9:30 a.m. (D.E. 312).

Counsel for Southwest Airlines Co. ("Southwest") is scheduled to be out of the country the week of August 8-12. Counsel for Southwest has conferred with Class Counsel and counsel for Objector Markow, and neither counsel opposes rescheduling the status conference to the week of August 15-19.

WHEREFORE, Southwest moves to reschedule the status conference from August 8, 2016 to an available day and time during the week of August 15, 2016.

/s/ H. Thomas Wells, Jr.
H. Thomas Wells, Jr.
One of the Attorneys for Southwest Airlines Co.

OF COUNSEL:

MAYNARD, COOPER & GALE
1901 6th Avenue North
Suite 2400
Birmingham, AL 35203
Telephone: 205.254.1000
Fax: 205.254.1999
Email: twells@maynardcooper.com

03716019.1

                                        /s/ Michael W. Drumke
                                        Michael W. Drumke
                                        One of the Attorneys for
                                        SOUTHWEST AIRLINES CO.

OF COUNSEL:

SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300N
Chicago, IL 60611
Telephone: 312.321.9100
Fax: 312.321.0990
Email: mdrumke@smbtrials.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 20th day of July, 2016, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing to counsel of record registered on the CM/ECF system.

                                        /s/ H. Thomas Wells, Jr.
                                        OF COUNSEL