UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Adam J Levitt, et al.
                        Plaintiff,

v.                                                    Case No.: 1:11−cv−08176
                                                       Honorable Matthew F. Kennelly

Southwest Airlines, Co.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 22, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: The process for further notice to the class as set forth in the joint status report filed on 12/21/2016 (dkt. no. 347) conforms to the Court's order of 12/11/2016 (dkt. no. 345). The Court therefore finds that the notice process set forth in the status report is adequate, approves it, and directs the parties to commence the process as soon as is practicable. The status report also raises two additional issues, which the Court adjudicates as follows. 1) The Court's intention was and is for notice to go to the entire original class, not the smaller subsets identified in the status report. 2) The settlement agreement's provision stating that "All costs for Notice under this Settlement Agreement shall be paid by Southwest" requires Southwest to pay the cost of this additional notice, which is, in fact, notice "under [the] Settlement Agreement." This is not an additional cost not "expressly provided for" within the meaning of section III.D of the settlement agreement. The Court again states, as it did in its 12/11/2016 order, it will take this cost into account when determining class counsel's supplemental fee petition. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.