UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION | Case No. 11-CV-8176 |
| | Hon. Matthew Kennelly |
| GREGORY MARKOW, | |
| Objector. | |

**OBJECTOR MARKOW'S MOTION FOR LEAVE TO FILE REPLY IN RESPONSE TO PLAINTIFFS' OPPOSITION AND SOUTHWEST'S OPPOSITION TO OBJECTOR MARKOW'S MOTION FOR ATTORNEYS' FEES**

Objector Gregory Markow, through his counsel, hereby moves this Court for leave to file the attached reply brief in support of Markow's Motion for Attorneys' Fees, Dkt. 371, and states the following:

1. Objector Markow filed a motion for attorneys' fees ("Fee Motion") on April 27, 2017. Dkt. 371.

2. On May 10, 2017, plaintiffs filed an opposition to Markow's Fee Motion. Dkt. 374.

3. The Court held a hearing on May 11, 2017 on Markow's Fee Motion and ordered a response by May 16, 2017. Dkt. 375.

4. On May 16, 2017, Markow filed a reply in support of Markow's Fee Motion, responding to plaintiffs' May 10 opposition. Dkt. 376.

5. On May 17, 2017, this Court ordered Southwest to file a memorandum stating its position on Markow's Fee Motion. Dkt. 377.

6. On May 25, 2017, Southwest filed its response to Markow's Fee Motion. Dkt. 380.

7. On May 25, 2017, without leave of the Court, plaintiffs filed a *second* response in opposition to Markow's Fee Motion. Dkt. 379.

8. Objector Markow seeks leave to file a reply to the arguments in plaintiffs' second opposition and Southwest's opposition, which contain arguments and factual averments to which Markow has not previously had an opportunity to respond.

WHEREFORE, Objector Markow moves for leave to file the attached reply brief in support of Objector Markow's Motion for Attorneys' Fees.

Dated: May 30, 2017

/s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
COMPETITIVE ENTERPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1310 L Street NW, 7th Floor
Washington, DC 20005
Phone: (573) 823-5377
Email: melissaholyoak@gmail.com

*Attorneys for Gregory Markow*

## CERTIFICATE OF SERVICE

The undersigned certifies she electronically filed the foregoing Motion via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing.

Dated: May 30, 2017                                         /s/ Melissa A. Holyoak