# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Adam J Levitt, et al.

       Plaintiff,

v.               Case No.: 1:11−cv−08176
                Honorable Matthew F. Kennelly

Southwest Airlines, Co.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 8, 2018:

  MINUTE entry before the Honorable Matthew F. Kennelly: Gregory Markow's motion to supplement the record on appeal [398] is granted. The Clerk is directed to supplement the record on appeal (7th Cir. Case No. 17−3541) with the items listed in paragraph 3A through 3L of the motion. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.