UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Adam J Levitt, et al.
                              Plaintiff,

v.                                                          Case No.: 1:11−cv−08176
                                                           Honorable Matthew F. Kennelly

Southwest Airlines, Co.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 28, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Any objection to Markow's bill of costs is to be filed by no later than 9/4/2018. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.