

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  Melissa A. Holyoak

Firm  Hamilton Lincoln Law Instittue - Center for Class Action Fairness

Street Address  1629 K Street NW Suite 300

City/State/Zip Code  Washington, DC 20006

Phone Number  573-823-5377

Email address  melissa.holyoak@hlli.org

ARDC (Illinois State Bar members, only)  n/a

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:11-cv-06741 | Redman v. RadioShack Corp. | Judge Valdez |
| 1:11-cv-07972 | Pearson v. NBTY | Judge Blakey |
| 1:11-cv-08176 | In re Southwest Airline Vouch | Judge Kennelly |
| | | |
| | | |
| | | |

s/ Melissa Holyoak

Signature of Attorney

Feb. 5, 2018

Date

Rev. 01272016